**Walter F. SCOTT, Appellant,**

v.

**McNEARNEY & ASSOCIATES, L.L.C. A Foreign Corporation; Lawyer's Foreclosure Specialists, Inc., a Domestic Corporation; Centex Home Equity Company, formerly doing business as Centrex Home Equity Corporation, LLC, Appellees.**

No. 05–2621.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 7, 2006.

Filed: Sept. 22, 2006.

Walter F. Scott, St. Louis, MO, pro se.

R.C. Wuestling, IV, Eric O. Wolfgram, Wuestling & James, John N. Borbonus, III, King & Krehbiel, St. Louis, MO, Timothy A. McNearney, Brandon T. Pittenger, McNearney & Associates, Leawood, KS, for Appellees.

Before SMITH, MAGILL, and BENTON, Circuit Judges.

PER CURIAM.

Following a foreclosure sale on his property, Walter Scott sued the parties involved claiming violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692, 1692a–1692o, and unlawful entry and trespass. Scott appeals the district court's[1] adverse grant of summary judgment, and following careful review, we affirm for the reasons stated by the district court in its thorough memorandum opinion. *See* 8th Cir. R. 47B. McNearney & Associates's motion under Federal Rule of Appellate Procedure 38 for frivolous appeal damages is denied.

---

1. The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.